**TIFFANY & BOSCO**
P.A.

THERON S. COVEY, ESQ. (246746)
WILLIAM F. MCDONALD, ESQ. (230128)
1230 Columbia Street, Suite 680
San Diego, CA 92101
Tel.: (619) 501-3503
tsc@tblaw.com

Attorney for Movant: JPMorgan Chase Bank, N.A., successor in interest by purchase from the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank
Movant File No: 15-80605

## UNITED STATES BANKRUPTCY COURT

### Northern District of California - Oakland Division

| In Re: | No. 12-44701 |
|---|---|
| Tim Jess Cardona and Deana Rene Cardona, | Chapter 13 |
| Debtors. | NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE |

**TO: THE UNITED STATES BANKRUPTCY COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD.**

PLEASE TAKE NOTICE that JPMorgan Chase Bank, N.A., successor in interest by purchase from the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank, by and through its attorney of record, hereby requests special notice of all events relevant to the above-captioned bankruptcy and copies of all pleadings and documents filed in the above-captioned case, including all pleadings and notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing,

objections, notices of motion, and/or any other auxiliary filing, as well as notices of all matters which must be noticed to creditors, creditors' committees, and/or parties-in-interest and any and all other notices as required by the United States Bankruptcy Code, Bankruptcy Rules or the Local Rules of the above-referenced Bankruptcy Court.

JPMorgan Chase Bank, N.A., successor in interest by purchase from the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank requests that, for all notice purposes and inclusion in the Master Mailing List in this case, the following address be used:

**Chase Records Center**
**Attn: Correspondence Mail**
**Mail Code LA4-5555**
**700 Kansas Lane**
**Monroe, LA 71203**

This Request for Special Notice or any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion, or any other writing or conduct, shall not constitute a waiver of JPMorgan Chase Bank, N.A., successor in interest by purchase from the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank's (a) right to have any and all final orders in any and all non-core matters entered only after *de novo* review by the United States District Court, (b) right to receive service pursuant to Federal Rules of Civil Procedure, Rule 4, made applicable to the instant proceeding by Federal Rules of Bankruptcy Procedure, Rule 7004, not withstanding JPMorgan Chase Bank, N.A., successor in interest by

purchase from the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank's participation in the instant proceedings, (c) right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statue or the United States Constitution, (d) right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretional withdrawal, and (e) other rights, claims, actions, defenses, setoffs, recoupments or other matters to which JPMorgan Chase Bank, N.A., successor in interest by purchase from the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank is entitled under any agreements at law or in equity or under the United States Constitution. This Request for Special Notice shall _not_ operate as a confession or concession of jurisdiction.

DATED: September 3, 2015       Respectfully submitted,

TIFFANY & BOSCO, P.A.
BY /s/Theron S. Covey
Theron S. Covey, Esq.
William F. McDonald, Esq.
Attorney for Movant
TB File No: 15-80605

3