**TIFFANY & BOSCO**
P.A.

1 | Theron S. Covey, ESQ (246746)
2 | William F. McDonald, ESQ (230128)
3 | 1230 Columbia Street, Suite 680
San Diego, CA 92101
4 | Tel.: (619) 501-3503
5 | tsc@tblaw.com

The following constitutes the order of the court.
Signed September 14, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

Attorney For Movant JPMorgan Chase Bank, N.A., successor in interest by purchase from the Federal Deposit Insurance Corporation as receiver for Washington Mutual Bank
Movant File # 15-80605

# UNITED STATES BANKRUPTCY COURT

## Northern District of California - Oakland Division

| | |
|---|---|
| In Re: | BK No.: 12-44701 |
| Tim Jess Cardona and Deana Rene Cardona | CHAPTER: 13 |
| Debtors. | RS NO: TSC-1 |
| JPMorgan Chase Bank, N.A., successor in interest by purchase from the Federal Deposit Insurance Corporation as receiver for Washington Mutual Bank, | |
| Movant, | |
| v. | |
| Tim Jess Cardona and Deana Rene Cardona, Debtors; Martha G. Bronitsky, Trustee; et al. | |
| Respondents. | |

**ORDER GRANTING MOTION TO REDACT AND RESTRICT PUBLIC ACCESS TO CONSUMER IDENTIFYING INFORMATION AND AUTHORIZING THE FILING OF THE REPLACEMENT FILING**

Upon consideration of the motion for entry of an order, pursuant to sections 105(a) and 107(c) of the Bankruptcy Code and Bankruptcy Rule 9037(i) directing the Clerk of the Court to permanently restrict remote electronic access to the Filing, and (ii) authorizing the filing of a Replacement Filing; and

the Court having considered the Motion; and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED.

2. The Clerk of the Court is hereby directed to restrict remote electronic access to the Filing, which was filed as Claim No. 8-1.

3. Movant is authorized to replace the Filing with the Replacement Filing.

4. Movant shall file and docket the Replacement Filing within 10 days of the date of the entry of this order.

5. The Replacement Filing shall be identical in all respects to the Filing it replaces, except for the removal of any imperfectly redacted PII.

6. Nothing in this Order shall affect the rights of the United States Trustee, the Debtor, counsel for Debtor, the private trustee, or counsel for the private trustee in this matter to request access to the original Filing in person at, or by writing addressed to, the Clerk of the Court's office.

**END OF ORDER**

Court Service List